THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>　　v.<br>KOULA SYLLA,<br><br>　　　　　　Defendant. | CASE NO. C17-0644-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's motion to continue the status conference (Dkt. No. 7). The Court scheduled a status conference for August 1, 2017. Defendant did not appear. However, Defendant did file a motion with the Court on July 31, 2017, informing it that she was currently on board a fish-processing vessel in Alaska and requesting a continuance. (*Id.*)

Defendant's motion is GRANTED. The status conference is rescheduled for October 17, 2017 at 9 a.m.

//

//

//

MINUTE ORDER C17-0644-JCC
PAGE - 1

1

2    DATED this 3rd day of August 2017.

3                                                    William M. McCool
                                                     Clerk of Court
4
                                                     /s/Paula McNabb
5                                                    Deputy Clerk

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

MINUTE ORDER C17-0644-JCC
PAGE - 2