UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KOULA SYLLA,<br><br>Defendant. | CASE NO. C17-0644-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Defendant is represented by Gary Yerman, an attorney based in New York. Mr. Yerman is not admitted to represent Sylla in this jurisdiction. The Clerk is DIRECTED to remove Mr. Yerman's email address and, until such time as Sylla provides an email address, serve all orders by certified mail with return receipt to Sylla at his mailing address of record.

DATED this 26th day of October 2017.

William M. McCool
Clerk of Court

s/*Tomas Hernandez*
Deputy Clerk