THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. C17-0644-JCC |
| Plaintiff, | CONSENT JUDGMENT |
| v. | |
| KOULA SYLLA, | |
| Defendant. | |

This matter comes before the Court on parties' Joint Motion for Consent Judgment (Dkt. No. 10). The Court, having considered: the Complaint filed by the United States of America ("United States" or "Plaintiff") against Koula Sylla ("Defendant"), also known as Moussa Sylla and Jean Batouga; this Court's jurisdiction over this matter pursuant to 8 U.S.C. § 1451(a) and 28 U.S.C. §§ 1331 and 1345; and Defendant admitting that he procured his naturalization illegally as described in Count I of the Complaint; it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

(1) The Joint Motion for Consent Judgment is GRANTED;

(2) In accordance with the Joint Motion for Consent Judgment, judgment is ENTERED in favor of the United States of America and against Defendant;

(3) The Court FINDS and DECLARES that Defendant procured his U.S. citizenship illegally;

(4) The order admitting Defendant to U.S. citizenship is REVOKED and SET ASIDE, effective as of the original date of the order, May 9, 2013;

(5) Certificate of Naturalization No. 35726682 is CANCELLED, effective as of the original date of the order, May 9, 2013;

(6) Defendant is forever RESTRAINED and ENJOINED from claiming any rights, privileges, benefits, or advantages under any document which evidences United States citizenship obtained as a result of his May 9, 2013 naturalization;

(7) Defendant shall, within ten days of this Order, surrender and deliver his Certificate of Naturalization, any and all U.S. passports, and any other indicia of U.S. citizenship, as well as any copies thereof in his possession or control (and to make good faith efforts to recover and then surrender any copies thereof that he knows are in the possession or control of others), to Counsel for the United States, Anthony D. Bianco;

(8) Defendant shall coordinate with Counsel for the United States to set a date and time within ten days of this Order for Defendant to report in person to the U.S. Department of Homeland Security, located at 1000 2nd Avenue, Suite 2300, Seattle, Washington 98104, for processing as an alien of the United States, which may include service of a Notice to Appear.

(9) The Parties shall appear for a compliance hearing on November 14, 2017 at 9 a.m., at which Defendant must demonstrate that he has complied with this Judgment, unless Plaintiff provides notice that Defendant has fully complied and this Judgment is satisfied.

DATED this 26th day of October 2017.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

CONSENT JUDGMENT
C17-0644-JCC
PAGE - 2